**IT IS ORDERED as set forth below:**

**Date: February 25, 2009**

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-60062 |
| Tawanna Savage, | |
| | CHAPTER 13 |
| Debtor. | JUDGE MASSEY |

ORDER DISMISSING THIS CASE WITH PREJUDICE

Tawanna Savage has filed five Chapter 13 cases since 2006; in each case she represented herself and she did nothing to prosecute any of those cases. In this case, the Court entered an Order on January 29, 2009, which described the history of the five cases Debtor filed since 2006 and pointed out that her conduct in those cases reflected a pattern of failure to properly prosecute cases for which Debtor has not been asked to justify or explain because she voluntarily dismissed the earlier cases before she could be called to account. That Order further directed Debtor to appear before this Court at a hearing to be held on February 25, 2009 and to show cause why this case should not be dismissed with prejudice and why she should not be barred from filing another

case under title 11 of the U.S. Code prior to December 31, 2012. Debtor failed to appear at that hearing and still has not filed the documents she had a duty to file pursuant to section 521(a) of the Bankruptcy Code.

Therefore, it is ORDERED that this case is DISMISSED with prejudice and Debtor is barred from filing another case under title 11 of the United States Code prior to December 31, 2012.

The Clerk is directed to serve a copy of this Order on Debtor, the Chapter 13 Trustee, and all creditors and other parties in interest.

***END OF ORDER***